UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Eugene D. Roth - 4239
Valley Park East, Suite 307
2520 Highway 35
Manasquan, NJ 08736
732-292-9288
Attorney for Debtors.

**Order Filed on August 14, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| IN THE MATTER OF: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
|---|---|
| Peter M. and Mary Walsh, | CASE NO: 18-16895 (MBK) CHAPTER 13 |
| **DEBTORS** | Hearing Date: August 6, 2019 @ 9:00 AM |

### ORDER APPROVING MOTGAGE MODIFICATION

The relief set forth on the following pages, numbered one (2)through (2) is hereby **ORDERED**.

**DATED: August 14, 2019**

*(signature)*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**CAPTION OF ORDER:**
ORDER APPROVING MORTGAGE MODIFICATION

IN RE.: Peter M. and Mary Walsh
CASE NO.: 18-16895
DATE OF HEARING: 08/06/2019
JUDGE: Michael B. Kaplan, U.S.B. J.

It appearing that the Debtors having filed a Motion Seeking to Approve Mortgage Modification with Fay Loan Servicing, LLC. and good and sufficient cause appearing, it is hereby

**ORDERED** that:

1. Debtors' request for authorization to modify existing mortgage with Fay Loan Servicing, LLC. be and is hereby granted.
2. Within 30 days of entry of the loan modification order, mortgagee, Fay Loan Servicing, LLC. shall amend its Proof of Claim designated on the Court Claims Register as Claim #2-1 to reflect the terms of the mortgage loan as modified.
3. Debtors are to file a Modified Plan within 30 days of the date of the Order.