**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on August 14, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Eugene D. Roth - 4239
Valley Park East, Suite 307
2520 Highway 35
Manasquan, NJ 08736
732-292-9288
Attorney for Debtors.

| IN THE MATTER OF: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
|---|---|
| Peter M. and Mary Walsh, | CASE NO: 18-16895 (MBK) CHAPTER 13 |
| DEBTORS | Hearing Date: August 6, 2019 @ 9:00 AM |

## ORDER APPROVING MOTGAGE MODIFICATION

The relief set forth on the following pages, numbered one (2)through (2) is hereby **ORDERED**.

**DATED: August 14, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**CAPTION OF ORDER:**
ORDER APPROVING MORTGAGE MODIFICATION

IN RE.: Peter M. and Mary Walsh
CASE NO.: 18-16895
DATE OF HEARING: 08/06/2019
JUDGE: Michael B. Kaplan, U.S.B. J.

It appearing that the Debtors having filed a Motion Seeking to Approve Mortgage Modification with Fay Loan Servicing, LLC. and good and sufficient cause appearing, it is hereby

**ORDERED** that:

1. Debtors' request for authorization to modify existing mortgage with Fay Loan Servicing, LLC. be and is hereby granted.
2. Within 30 days of entry of the loan modification order, mortgagee, Fay Loan Servicing, LLC. shall amend its Proof of Claim designated on the Court Claims Register as Claim #2-1 to reflect the terms of the mortgage loan as modified.
3. Debtors are to file a Modified Plan within 30 days of the date of the Order.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-16895-MBK
Peter M. Walsh                                                      Chapter 13
Mary Walsh
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin              Page 1 of 1              Date Rcvd: Aug 15, 2019
                                Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2019.
db/jdb         +Peter M. Walsh,   Mary Walsh,   237 Katie Lynn Court,   Brick, NJ 08723-6353

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2019                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2019 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Charles G. Wohlrab    on behalf of Loss Mitigation    WELLS FARGO BANK cwohlrab@LOGS.com,
               njbankruptcynotifications@logs.com
              Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, N.A. cwohlrab@LOGS.com,
               njbankruptcynotifications@logs.com
              Eugene D. Roth    on behalf of Debtor Peter M. Walsh erothesq@gmail.com
              Eugene D. Roth    on behalf of Joint Debtor Mary   Walsh erothesq@gmail.com
              Jonathan C. Schwalb    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for MFRA Trust 2016-1 bankruptcy@friedmanvartolo.com
              Jonathan C. Schwalb    on behalf of Creditor    Fay Servicing LLC bankruptcy@friedmanvartolo.com
              Kevin Gordon McDonald    on behalf of Creditor    Wilmington Trust, National Association, not in
               its individual capacity, but solely as trustee for MFRA Trust 2016-1 kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10