Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

_____

Case No.:  18–16895–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Peter M. Walsh                                    Mary Walsh
237 Katie Lynn Court                          aka Mary Patti
Brick, NJ 0723                                    237 Katie Lynn Court
                                                        Brick, NJ 0723

Social Security No.:
    xxx–xx–2240
                                                        xxx–xx–9453

Employer's Tax I.D. No.:

_____

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on September 21, 2018.

On September 13, 2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:            October 15, 2019
Time:            10:00 AM
Location:      Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
       a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
       of a secure claim, such holders acceptance or rejection of the Plan before modification will
       be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
       holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
       the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: September 16, 2019
JAN: wdr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-16895-MBK
Peter M. Walsh                                                      Chapter 13
Mary Walsh
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin          Page 1 of 2          Date Rcvd: Sep 16, 2019
                           Form ID: 185          Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2019.
db/jdb          +Peter M. Walsh,    Mary Walsh,    237 Katie Lynn Court,    Brick, NJ 08723-6353
cr              +Fay Servicing LLC,    FRIEDMAN VARTOLO LLP,    85 Broad Street,    New York, NY 10004-2434
lm               WELLS FARGO BANK,    Default Document Pro N9286-014,    1000 Blue Gentian Road,
                 Eagan, MN  55121-7700
517441161       +Bank of America,    c/o Schachter Portnoy,Calvary SPV 1, LLC,    3490 US Rte1,    Suite 6,
                 Princeton, NJ 08540-5920
517441162       +DITECH Financial LLC,    2100 East Elliot Road,    Bldg. 94 T-120,    Tempe, AZ 85284-1806
517565547       +Ditech Financial LLC,    2100 East Elliot Rd., Bldg. 94,    Recovery Dept - T120,
                 Tempe, AZ 85284-1806
518322482        Fay Servicing, LLC,    POB 814609,    Dallas, TX  75381-4609
517441163       +Fitness in Therapy,    Heritage Commons,    2164 Route 35,    Bldg. C,    Sea Girt, NJ 08750-1013
517441164       +GFPension Corp,    60 West Broad Street,    Suite 202,    Bethlehem, PA 18018-5721
517441167       +RBS Citizens, N.A.,    7360 S. Kyrene Road,    Mail Stop T-120,    Tempe, AZ 85283-8432
517441168       +Shapiro & DeNardo, LLC,    14000 Commerce Parkway,    Suite B,    Mount Laurel, NJ 08054-2242
517441169        Wells Fargo Bank,    10000 Blue Gentian Road,    Suite B,    Saint Paul, MN 55121-7700
517441170        Wells Fargo Bank, N.A.,    PO Box 10438,    Des Moines, IA 50306-0438
517530116        Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,
                 Eagan, MN 55121-7700
517610230       +Wilmington Trust, National Association,    Fay Servicing, LLC,    3000 Kellway Dr. Ste 150,
                 Carrollton, TX 75006-3357
517610231       +Wilmington Trust, National Association,    Fay Servicing, LLC,    3000 Kellway Dr. Ste 150,
                 Carrollton, TX 75006,    Wilmington Trust, National Association,
                 Fay Servicing, LLC 75006-3357
518456706       +Wilmington Trust, National Association,    Trustee for MFRA Trust 2016-1,
                 c/o Fay Servicing, LLC,    P.O. Box 814609,    Dallas, TX 75381-4609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Sep 17 2019 00:15:58     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 17 2019 00:15:55     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517441160       +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 17 2019 00:18:15
                 Ashley Funding Services, LLC,    c/o Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517590483        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 17 2019 00:18:16
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517592422        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 17 2019 00:18:16
                 CACH, LLC C/O Resurgent Capital Services,    P.O. Box 10675,    Greenville, SC 29603-0675
517446421       +E-mail/Text: bankruptcy@cavps.com Sep 17 2019 00:16:14     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517586328        E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 17 2019 00:16:09     Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
517441165        E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 17 2019 00:16:09     Jefferson Capital Systems, LLC,
                 PO Box7999,    Saint Cloud, MN 56302-9617
517441166        E-mail/Text: bnc-quantum@quantum3group.com Sep 17 2019 00:15:52     Quantum3 Group, LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
517570226       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 17 2019 00:18:46     Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                 TOTAL: 10

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2019                          Signature:  /s/Joseph Speetjens

District/off: 0312-3          User: admin                    Page 2 of 2          Date Rcvd: Sep 16, 2019
                             Form ID: 185                    Total Noticed: 27

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2019 at the address(es) listed below:
      Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
      Albert  Russo    docs@russotrustee.com
      Charles G. Wohlrab    on behalf of Loss Mitigation    WELLS FARGO BANK cwohlrab@LOGS.com,
       njbankruptcynotifications@logs.com
      Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, N.A. cwohlrab@LOGS.com,
       njbankruptcynotifications@logs.com
      Eugene D. Roth    on behalf of Joint Debtor Mary  Walsh erothesq@gmail.com
      Eugene D. Roth    on behalf of Debtor Peter M. Walsh erothesq@gmail.com
      Jonathan C. Schwalb    on behalf of Creditor    Wilmington Trust, National Association, not in its
       individual capacity, but solely as trustee for MFRA Trust 2016-1 bankruptcy@friedmanvartolo.com
      Jonathan C. Schwalb    on behalf of Creditor    Fay Servicing LLC bankruptcy@friedmanvartolo.com
      Kevin Gordon McDonald    on behalf of Creditor    Wilmington Trust, National Association, not in
       its individual capacity, but solely as trustee for MFRA Trust 2016-1 kmcdonald@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                      TOTAL: 10