Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–16895–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Peter M. Walsh
237 Katie Lynn Court
Brick, NJ 08723

Mary Walsh
aka Mary Patti
237 Katie Lynn Court
Brick, NJ 08723

Social Security No.:
   xxx–xx–2240                                              xxx–xx–9453

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:       10/15/19
Time:       02:00 PM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Eugene D. Roth, Debtor's Attorney

COMMISSION OR FEES
fee: $1800.00

EXPENSES
$0.00.

If this is a chapter 13 case, the fees and expenses awarded:

- [x] will not reduce the amount to be paid to general unsecured creditors under the plan.

- [ ] will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: September 17, 2019
JAN:

                                                              Jeanne Naughton
                                                              Clerk

Case 18-16895-MBK    Doc 63    Filed 09/19/19    Entered 09/20/19 00:29:57    Desc Imaged
Certificate of Notice    Page 2 of 4

United States Bankruptcy Court
District of New Jersey

In re:                                                                                Case No. 18-16895-MBK
Peter M. Walsh                                                                        Chapter 13
Mary Walsh
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Sep 17, 2019
                              Form ID: 137             Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2019.
db/jdb         +Peter M. Walsh,    Mary Walsh,    237 Katie Lynn Court,    Brick, NJ 08723-6353
cr             +Fay Servicing LLC,    FRIEDMAN VARTOLO LLP,    85 Broad Street,    New York, NY 10004-2434
lm              WELLS FARGO BANK,    Default Document Pro N9286-014,    1000 Blue Gentian Road,
                 Eagan, MN  55121-7700
517441161      +Bank of America,    c/o Schachter Portnoy,Calvary SPV 1, LLC,    3490 US Rte1,    Suite 6,
                 Princeton, NJ 08540-5920
517441162      +DITECH Financial LLC,    2100 East Elliot Road,    Bldg. 94 T-120,    Tempe, AZ 85284-1806
517565547      +Ditech Financial LLC,    2100 East Elliot Rd., Bldg. 94,    Recovery Dept - T120,
                 Tempe, AZ 85284-1806
518322482       Fay Servicing, LLC,    POB 814609,    Dallas, TX  75381-4609
517441163      +Fitness in Therapy,    Heritage Commons,    2164  Route 35,    Bldg. C,   Sea Girt, NJ 08750-1013
517441164      +GFPension Corp,    60 West Broad Street,    Suite 202,    Bethlehem, PA 18018-5721
517441167      +RBS Citizens, N.A.,    7360 S. Kyrene Road,    Mail Stop T-120,    Tempe, AZ 85283-8432
517441168      +Shapiro & DeNardo, LLC,    14000 Commerce Parkway,    Suite B,    Mount Laurel, NJ 08054-2242
517441169       Wells Fargo Bank,    10000 Blue Gentian Road,    Suite B,    Saint Paul, MN 55121-7700
517441170       Wells Fargo Bank, N.A.,    PO Box 10438,    Des Moines, IA 50306-0438
517530116       Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,
                 Eagan, MN 55121-7700
517610230      +Wilmington Trust, National Association,    Fay Servicing, LLC,    3000 Kellway Dr. Ste 150,
                 Carrollton, TX 75006-3357
517610231      +Wilmington Trust, National Association,    Fay Servicing, LLC,    3000 Kellway Dr. Ste 150,
                 Carrollton, TX 75006,    Wilmington Trust, National Association,
                 Fay Servicing, LLC 75006-3357
518456706      +Wilmington Trust, National Association,    Trustee for MFRA Trust 2016-1,
                 c/o Fay Servicing, LLC,    P.O. Box 814609,    Dallas, TX 75381-4609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 17 2019 23:27:47      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 17 2019 23:27:43      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517441160      +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 17 2019 23:35:36
                 Ashley Funding Services, LLC,    c/o Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517590483       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 17 2019 23:35:36
                 Ashley Funding Services, LLC its successors and,     assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517592422       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 17 2019 23:24:42
                 CACH, LLC C/O Resurgent Capital Services,    P.O. Box 10675,    Greenville, SC 29603-0675
517446421      +E-mail/Text: bankruptcy@cavps.com Sep 17 2019 23:28:02      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517586328       E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 17 2019 23:28:00      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
517441165       E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 17 2019 23:28:00      Jefferson Capital Systems, LLC,
                 PO Box7999,    Saint Cloud, MN 56302-9617
517441166       E-mail/Text: bnc-quantum@quantum3group.com Sep 17 2019 23:27:39      Quantum3 Group, LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
517570226      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 17 2019 23:35:53      Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                                TOTAL: 10

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Sep 17, 2019
                              Form ID: 137             Total Noticed: 27
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2019 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Charles G. Wohlrab    on behalf of Loss Mitigation    WELLS FARGO BANK cwohlrab@LOGS.com,
           njbankruptcynotifications@logs.com
          Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, N.A. cwohlrab@LOGS.com,
           njbankruptcynotifications@logs.com
          Eugene D. Roth    on behalf of Joint Debtor Mary   Walsh erothesq@gmail.com
          Eugene D. Roth    on behalf of Debtor Peter M. Walsh erothesq@gmail.com
          Jonathan C. Schwalb    on behalf of Creditor    Wilmington Trust, National Association, not in its
           individual capacity, but solely as trustee for MFRA Trust 2016-1 bankruptcy@friedmanvartolo.com
          Jonathan C. Schwalb    on behalf of Creditor    Fay Servicing LLC bankruptcy@friedmanvartolo.com
          Kevin Gordon McDonald    on behalf of Creditor    Wilmington Trust, National Association, not in
           its individual capacity, but solely as trustee for MFRA Trust 2016-1 kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 10
```