UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

EUGENE D. ROTH, ESQ.-4239
VALLEY PARK EAST
2520 HIGHWAY 35, SUITE 307
MANASQUAN, NEW JERSEY 08736
(732) 292-9288
Attorney for Debtors

Order Filed on October 16, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

PETER M. WALSH AND MARY WALSH,

Debtors

Case No.: 18-16895

Chapter: 13

Judge: Michael B. Kaplan

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: October 16, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Eugene D. Roth_____, the applicant, is allowed a fee of $ _____1,800.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____1,800.00_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____408.00_____ per month for _____19_____ months to allow for payment of the above fee.

*rev.8/1/15*