UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

EUGENE D. ROTH, ESQ.-4239
VALLEY PARK EAST
2520 HIGHWAY 35, SUITE 307
MANASQUAN, NEW JERSEY 08736
(732) 292-9288
Attorney for Debtors

Order Filed on October 16, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

PETER M. WALSH AND MARY WALSH,

Debtors

Case No.: 18-16895

Chapter: 13

Judge: Michael B. Kaplan

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

DATED: October 16, 2019

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Eugene D. Roth_____, the applicant, is allowed a fee of $ ___1,800.00___ for services rendered and expenses in the amount of $___0.00___ for a total of $___1,800.00___. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $___408.00___ per month for ___19___ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Peter M. Walsh  
Mary Walsh  
    Debtors

Case No. 18-16895-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Oct 17, 2019  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2019.  
db/jdb         +Peter M. Walsh,    Mary Walsh,    237 Katie Lynn Court,    Brick, NJ 08723-6353

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2019                                 Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2019 at the address(es) listed below:
         Albert    Russo    docs@russotrustee.com
         Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
         Charles G. Wohlrab    on behalf of Loss Mitigation    WELLS FARGO BANK cwohlrab@LOGS.com,
         njbankruptcynotifications@logs.com
         Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, N.A. cwohlrab@LOGS.com,
         njbankruptcynotifications@logs.com
         Eugene D. Roth    on behalf of Debtor Peter M. Walsh erothesq@gmail.com
         Eugene D. Roth    on behalf of Joint Debtor Mary    Walsh erothesq@gmail.com
         Jonathan C. Schwalb    on behalf of Creditor    Wilmington Trust, National Association, not in its
         individual capacity, but solely as trustee for MFRA Trust 2016-1 bankruptcy@friedmanvartolo.com
         Jonathan C. Schwalb    on behalf of Creditor    Fay Servicing LLC bankruptcy@friedmanvartolo.com
         Kevin Gordon McDonald    on behalf of Creditor    Wilmington Trust, National Association, not in
         its individual capacity, but solely as trustee for MFRA Trust 2016-1 kmcdonald@kmllawgroup.com,
         bkgroup@kmllawgroup.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 10