Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−16895−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Peter M. Walsh | Mary Walsh |
| 237 Katie Lynn Court | aka Mary Patti |
| Brick, NJ 08723 | 237 Katie Lynn Court |
| | Brick, NJ 08723 |

Social Security No.:
  xxx−xx−2240                                                         xxx−xx−9453

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 12, 2021.

Dated: January 12, 2021
JAN: kmm

                                                                                            Jeanne Naughton
                                                                                             Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-16895-MBK |
| Peter M. Walsh | Chapter 13 |
| Mary Walsh | |
|    Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 12, 2021 | Form ID: plncf13 | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Peter M. Walsh, Mary Walsh, 237 Katie Lynn Court, Brick, NJ 08723-6353 |
| cr | + | Fay Servicing LLC, FRIEDMAN VARTOLO LLP, 85 Broad Street, New York, NY 10004-2434 |
| lm | | WELLS FARGO BANK, Default Document Pro N9286-014, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 517441161 | + | Bank of America, c/o Schachter Portnoy,Calvary SPV 1, LLC, 3490 US Rte1, Suite 6, Princeton, NJ 08540-5920 |
| 517441162 | + | DITECH Financial LLC, 2100 East Elliot Road, Bldg. 94 T-120, Tempe, AZ 85284-1806 |
| 517565547 | #+ | Ditech Financial LLC, 2100 East Elliot Rd., Bldg. 94, Recovery Dept - T120, Tempe, AZ 85284-1806 |
| 518322482 | | Fay Servicing, LLC, POB 814609, Dallas, TX 75381-4609 |
| 517441163 | + | Fitness in Therapy, Heritage Commons, 2164 Route 35, Bldg. C, Sea Girt, NJ 08750-1013 |
| 517441164 | + | GFPension Corp, 60 West Broad Street, Suite 202, Bethlehem, PA 18018-5721 |
| 518822032 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518822033 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826, NewRez LLC d/b/a Shellpoint Mortgage Ser, P.O. Box 10826 Greenville, SC 29603-0826 |
| 517441167 | + | RBS Citizens, N.A., 7360 S. Kyrene Road, Mail Stop T-120, Tempe, AZ 85283-8432 |
| 517441168 | + | Shapiro & DeNardo, LLC, 14000 Commerce Parkway, Suite B, Mount Laurel, NJ 08054-2242 |
| 517441169 | | Wells Fargo Bank, 10000 Blue Gentian Road, Suite B, Saint Paul, MN 55121-7700 |
| 517441170 | | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 517530116 | | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 517610230 | + | Wilmington Trust, National Association, Fay Servicing, LLC, 3000 Kellway Dr. Ste 150, Carrollton, TX 75006-3357 |
| 517610231 | + | Wilmington Trust, National Association, Fay Servicing, LLC, 3000 Kellway Dr. Ste 150, Carrollton, TX 75006, Wilmington Trust, National Association Fay Servicing, LLC 75006-3357 |
| 518456706 | + | Wilmington Trust, National Association, Trustee for MFRA Trust 2016-1, c/o Fay Servicing, LLC, P.O. Box 814609, Dallas, TX 75381-4609 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 12 2021 21:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 12 2021 21:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517441160 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 12 2021 22:31:21 | Ashley Funding Services, LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517590483 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 12 2021 22:31:22 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517592422 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 12 2021 22:31:21 | CACH, LLC C/O Resurgent Capital Services, P.O. Box 10675, Greenville, SC 29603-0675 |
| 517446421 | + | Email/Text: bankruptcy@cavps.com | Jan 12 2021 21:32:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste |

| | | | | |
|---|---|---|---|---|
| | | | | 400, Valhalla, NY 10595-2321 |
| 517586328 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 12 2021 21:32:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 517441165 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 12 2021 21:32:00 | Jefferson Capital Systems, LLC, PO Box7999, Saint Cloud, MN 56302-9617 |
| 517441166 | | Email/Text: bnc-quantum@quantum3group.com | Jan 12 2021 21:32:00 | Quantum3 Group, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517570226 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 12 2021 22:31:24 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Elizabeth L. Wassall | on behalf of Creditor WELLS FARGO BANK  N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Elizabeth L. Wassall | on behalf of Loss Mitigation WELLS FARGO BANK ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com |
| Eugene D. Roth | on behalf of Joint Debtor Mary Walsh erothesq@gmail.com |
| Eugene D. Roth | on behalf of Debtor Peter M. Walsh erothesq@gmail.com |
| Jonathan C. Schwalb | on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2016-1 bankruptcy@friedmanvartolo.com |
| Jonathan C. Schwalb | on behalf of Creditor Fay Servicing LLC bankruptcy@friedmanvartolo.com |
| Kevin Gordon McDonald | |

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Jan 12, 2021 | Form ID: plncf13 | Total Noticed: 29

on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2016-1 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10