Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−16895−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Peter M. Walsh
237 Katie Lynn Court
Brick, NJ 08723

Mary Walsh
aka Mary Patti
237 Katie Lynn Court
Brick, NJ 08723

Social Security No.:
xxx−xx−2240

xxx−xx−9453

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 11/8/23 at 09:00 AM

to consider and act upon the following:

98 − Creditor's Certification of Default (related document:91 Order (Generic)) filed by Charles G. Wohlrab on behalf of Fay Servicing, LLC as servicer for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2016−1. Objection deadline is 10/16/2023. (Attachments: # 1 Proposed Order # 2 Exhibit A − Order # 3 Certificate of Service) (Wohlrab, Charles)

Dated: 10/16/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court