Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

```
                            Case No.:  18−16895−MBK
                            Chapter:   13
                            Judge:     Michael B. Kaplan
```

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

```
    Peter M. Walsh                          Mary Walsh
    237 Katie Lynn Court                    aka Mary Patti
    Brick, NJ 08723                         237 Katie Lynn Court
                                            Brick, NJ 08723
```

Social Security No.:
    xxx−xx−2240                             xxx−xx−9453

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 11/8/23 at 09:00 AM

to consider and act upon the following:

*98* − Creditor's Certification of Default (related document:91 Order (Generic)) filed by Charles G. Wohlrab on behalf of Fay Servicing, LLC as servicer for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2016−1. Objection deadline is 10/16/2023. (Attachments: # 1 Proposed Order # 2 Exhibit A − Order # 3 Certificate of Service) (Wohlrab, Charles)

Dated: 10/16/23

                                            Jeanne Naughton
                                            Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 18-16895-MBK
Peter M. Walsh  Chapter 13
Mary Walsh
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2
Date Rcvd: Oct 16, 2023     Form ID: ntchrgbk     Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Peter M. Walsh, Mary Walsh, 237 Katie Lynn Court, Brick, NJ 08723-6353 |
| cr | + | Fay Servicing LLC, FRIEDMAN VARTOLO LLP, 85 Broad Street, New York, NY 10004-2434 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | + Email/Text: RASEBN@raslg.com | Oct 16 2023 20:48:00 | Charles G. Wohlrab, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbott's Bridge Road, Ste 170, Duluth, GA 30097-8461 |
| cr | ^ MEBN | Oct 16 2023 20:41:06 | Fay Servicing, LLC as servicer for Wilmington Trus, c/o Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2023      Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2023 at the address(es) listed below:

**Name**      **Email Address**

Albert Russo
    docs@russotrustee.com

Albert Russo
    on behalf of Trustee Albert Russo docs@russotrustee.com

Charles G. Wohlrab
    on behalf of Creditor Fay Servicing  LLC as servicer for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2016-1 bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com

Elizabeth L. Wassall
    on behalf of Loss Mitigation WELLS FARGO BANK ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com

Elizabeth L. Wassall
    on behalf of Creditor WELLS FARGO BANK  N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Eugene D. Roth
    on behalf of Debtor Peter M. Walsh erothesq@gmail.com

Eugene D. Roth
    on behalf of Joint Debtor Mary Walsh erothesq@gmail.com

Jonathan C. Schwalb
    on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2016-1 bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com

Jonathan C. Schwalb
    on behalf of Creditor Fay Servicing  LLC as servicer for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2016-1 bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com

Jonathan C. Schwalb
    on behalf of Creditor Fay Servicing LLC bankruptcy@friedmanvartolo.com  jschwalb@ecf.courtdrive.com

Kevin Gordon McDonald
    on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2016-1 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12