UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Charles Wohlrab, Esq.
Friedman Vartolo LLP
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
Attorneys for Fay Servicing, LLC as servicer for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2016-1
P: (212) 471-5100
Bankruptcy@FriedmanVartolo.com

In Re:

Peter M. Walsh
Mary Walsh aka Mary Patti
Debtors

Case No.:     18-16895-MBK
Chapter:           13
Hearing Date: _____
Judge:      Michael B. Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter: Certification of Default filed October 2, 2023 at Docket# 98

_____

Date: December 4, 2023

/s/ Charles Wohlrab, Esq.
Signature

*rev.8/1/15*