**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Peter M. Walsh<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–2240<br>EIN  \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| Debtor 2<br>(Spouse, if filing) | Mary Walsh<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–9453<br>EIN  \_ \_–\_ \_ \_ \_ \_ \_ \_ |

United States Bankruptcy Court  District of New Jersey

Case number:  18–16895–MBK

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Peter M. Walsh                                Mary Walsh
                                                    aka Mary Patti

2/27/24                                         **By the court:** <u>Michael B. Kaplan</u>
                                                                   United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 18-16895-MBK
Peter M. Walsh  Chapter 13
Mary Walsh
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3
Date Rcvd: Feb 27, 2024     Form ID: 3180W     Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Peter M. Walsh, Mary Walsh, 237 Katie Lynn Court, Brick, NJ 08723-6353 |
| cr | + | Fay Servicing LLC, FRIEDMAN VARTOLO LLP, 85 Broad Street, New York, NY 10004-2434 |
| 517441161 | + | Bank of America, c/o Schachter Portnoy,Calvary SPV 1, LLC, 3490 US Rte1, Suite 6, Princeton, NJ 08540-5920 |
| 517441163 | + | Fitness in Therapy, Heritage Commons, 2164 Route 35, Bldg. C, Sea Girt, NJ 08750-1013 |
| 517441164 | + | GFPension Corp, 60 West Broad Street, Suite 202, Bethlehem, PA 18018-5721 |
| 517441167 | + | RBS Citizens, N.A., 7360 S. Kyrene Road, Mail Stop T-120, Tempe, AZ 85283-8432 |
| 517441168 | + | Shapiro & DeNardo, LLC, 14000 Commerce Parkway, Suite B, Mount Laurel, NJ 08054-2242 |
| 517441169 | | Wells Fargo Bank, 10000 Blue Gentian Road, Suite B, Saint Paul, MN 55121-7700 |
| 517610230 | + | Wilmington Trust, National Association, Fay Servicing, LLC, 3000 Kellway Dr. Ste 150, Carrollton, TX 75006-3357 |
| 517610231 | + | Wilmington Trust, National Association, Fay Servicing, LLC, 3000 Kellway Dr. Ste 150, Carrollton, TX 75006, Wilmington Trust, National Association Fay Servicing, LLC 75006-3357 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: RASEBN@raslg.com | Feb 27 2024 21:04:00 | Charles G. Wohlrab, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbott's Bridge Road, Ste 170, Duluth, GA 30097-8461 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 27 2024 21:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 27 2024 21:05:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | ^ | MEBN | Feb 27 2024 20:48:28 | Fay Servicing, LLC as servicer for Wilmington Trus, c/o Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| lm | + | EDI: WFFC2 | Feb 28 2024 01:38:00 | WELLS FARGO BANK, Default Document Pro N9286-014, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 517441160 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 27 2024 20:57:56 | Ashley Funding Services, LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517590483 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 27 2024 21:16:04 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517592422 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 27 2024 21:16:16 | CACH, LLC C/O Resurgent Capital Services, P.O. Box 10675, Greenville, SC 29603-0675 |
| 517446421 | + | Email/Text: bankruptcy@cavps.com | Feb 27 2024 21:05:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 27, 2024 | Form ID: 3180W | Total Noticed: 31 |

| | | | | |
|---|---|---|---|---|
| 517441162 | + | Email/Text: mtgbk@shellpointmtg.com | Feb 27 2024 21:04:00 | DITECH Financial LLC, 2100 East Elliot Road, Bldg. 94 T-120, Tempe, AZ 85284-1806 |
| 517565547 | + | Email/Text: mtgbk@shellpointmtg.com | Feb 27 2024 21:04:00 | Ditech Financial LLC, 2100 East Elliot Rd., Bldg. 94, Recovery Dept - T120, Tempe, AZ 85284-1806 |
| 518322482 | | Email/Text: ECF@fayservicing.com | Feb 27 2024 21:04:00 | Fay Servicing, LLC, POB 814609, Dallas, TX 75381-4609 |
| 517586328 | | EDI: JEFFERSONCAP.COM | Feb 28 2024 01:38:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 517441165 | | EDI: JEFFERSONCAP.COM | Feb 28 2024 01:38:00 | Jefferson Capital Systems, LLC, PO Box7999, Saint Cloud, MN 56302-9617 |
| 518822032 | | Email/Text: mtgbk@shellpointmtg.com | Feb 27 2024 21:04:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518822033 | | Email/Text: mtgbk@shellpointmtg.com | Feb 27 2024 21:04:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826, NewRez LLC d/b/a Shellpoint Mortgage Ser, P.O. Box 10826, Greenville, SC 29603-0826 |
| 517441166 | | EDI: Q3G.COM | Feb 28 2024 01:38:00 | Quantum3 Group, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517570226 | + | EDI: AIS.COM | Feb 28 2024 01:38:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517441170 | | EDI: WFFC2 | Feb 28 2024 01:38:00 | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 517530116 | + | EDI: WFFC2 | Feb 28 2024 01:38:00 | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 518456706 | + | Email/Text: ECF@fayservicing.com | Feb 27 2024 21:04:00 | Wilmington Trust, National Association, Trustee for MFRA Trust 2016-1, c/o Fay Servicing, LLC, P.O. Box 814609, Dallas, TX 75381-4609 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 29, 2024        Signature:        /s/Gustava Winters

District/off: 0312-3      User: admin      Page 3 of 3
Date Rcvd: Feb 27, 2024      Form ID: 3180W      Total Noticed: 31

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Charles G. Wohlrab | on behalf of Creditor Fay Servicing LLC as servicer for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2016-1 bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Elizabeth L. Wassall | on behalf of Creditor WELLS FARGO BANK N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Elizabeth L. Wassall | on behalf of Loss Mitigation WELLS FARGO BANK ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com |
| Eugene D. Roth | on behalf of Joint Debtor Mary Walsh erothesq@gmail.com |
| Eugene D. Roth | on behalf of Debtor Peter M. Walsh erothesq@gmail.com |
| Jonathan C. Schwalb | on behalf of Creditor Wilmington Trust National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2016-1 bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com |
| Jonathan C. Schwalb | on behalf of Creditor Fay Servicing LLC as servicer for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2016-1 bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com |
| Jonathan C. Schwalb | on behalf of Creditor Fay Servicing LLC bankruptcy@friedmanvartolo.com jschwalb@ecf.courtdrive.com |
| Kevin Gordon McDonald | on behalf of Creditor Wilmington Trust National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2016-1 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 12